# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT

PM 1: 01

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| | ) |
| v. | )      CR 606-10 |
| | ) |
| TONY SMITH a.k.a. RAPP WARE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant Tony Smith's Motion to Suppress (Doc. 19).

After a careful, *de novo* review of the file and Defendant's objections, the Court

concurs with the Magistrate Judge's Report and Recommendation (Doc. 29).

Accordingly, the Report and Recommendation of the Magistrate Judge is

**ADOPTED** as the opinion of the Court, and Defendant's Motion to Suppress is

**DENIED.**

**SO ORDERED.**

_____
**JOHN F. NANGLE**
**UNITED STATES DISTRICT JUDGE**

Dated: June \_\_\_ , 2007