FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 JUL 20 PM 5: 20
CLERK
SO. DIST OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR 606-010 |
| | ) | |
| TONY SMITH a.k.a. RAPP WARE, | ) | |
| Defendant. | ) | |

## ORDER

The Court hereby **ORDERS** counsel to confer for so long as is necessary in order to jointly submit a consolidated request to charge no later than 5:00 p.m. on Wednesday, August 1. If counsel cannot agree on a provision of the charge, counsel shall submit separate requests with respect to such provision together with the consolidated request to charge. Each separate request shall contain a citation to authorities. If necessary, the Court will order counsel to arrange to meet together (including, if required, on trial evenings) for the purpose of reducing to a minimum their differences concerning the request to charge.

**SO ORDERED.**

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

Dated: July 20, 2007