IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 606-010 |
| | ) | |
| TONY SMITH a.k.a. RAPP WARE, | ) | |
| Defendant. | ) | |

## ORDER

The Court hereby **ORDERS** that the each party **SHALL** provide the Court with its list of proposed questions for voir dire no later than 5:00 p.m. Wednesday, August 1, 2007.

**SO ORDERED.**

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

Dated: July 20, 2007