UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR606-10 |
| ) | |
| TONY SMITH, a.k.a RAPP WARE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Government's First Motion in Limine. The Court hereby GRANTS the motion. However, Defendant shall retain the right to argue any issues concerning sentencing or the application of the Federal Sentencing Guidelines at the sentencing hearing, should one be necessary, and Defendant is not waiving his ability to seek stipulations regarding the evidence in this case on or before the pre-trial hearing.

SO ORDERED this 23 day of July, 2007.

HONORABLE JOHN F. NANGLE
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA