IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR 606-010 |
| | ) | |
| TONY SMITH a.k.a. RAPP WARE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On July 20, 2007, the Court held a pre-trial conference in the above-captioned case. The attorneys informed the Court that all pending issues have been resolved and the case is ready to proceed to trial. Accordingly, Defendant's pending Motions (Docs. 12, 14, 15 & 17) are **DENIED AS MOOT**.

After the Court conferred with the lawyers about their schedules, as well as some of the Court's own scheduling problems, a trial date was agreed upon. Trial will commence at 9:00 a.m. at the United States Courthouse, 52 North Main Street in Statesboro, Georgia on Monday, August 6, 2007. In the meantime, the parties will meet and make an effort to reach the stipulations discussed in the pre-trial conference. Stipulations shall be filed no later than 5:00 p.m. on Wednesday, August 1. **SO ORDERED.**

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

Dated: July 23, 2007