# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Statesboro Division

| | |
|---|---|
| United States of America<br>v.<br>Tony Smith<br><br>Date of Original Judgment: February 1, 2008<br>Date of Previous Amended Judgment: Not Applicable<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 6:06-cr-10<br><br>USM No: 23447-057<br><br>Laura Harriman Wheaton<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  326  months **is reduced to**  188 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*
In addition to reducing the imprisonment term as noted above, the previously imposed term of supervised release is reduced to a term of four years.

Except as otherwise provided, all provisions of the judgment dated  February 1, 2008,  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  March 18, 2019

*Judge's signature*

Effective Date: _____
*(if different from order date)*

R. Stan Baker, United States District Judge, Southern District of Georgia
*Printed name and title*